UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| WAYNE A. KNIGHT, ET AL. | * | |
| | * | |
| | * | CIVIL ACTION NO.  2:18-cv-9421 |
| Plaintiffs | * | |
| | * | SECTION: T (4) |
| VERSUS | * | |
| | * | JUDGE GREG GERARD GUIDRY |
| HUNTINGTON INGALLS INCORPORATED, ET AL. | * | |
| | * | MAGISTRATE JUDGE: |
| | * | KAREN WELLS ROBY |
| Defendants | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion to Withdraw as Counsel of Record;

IT IS ORDERED that **Rhonda J. Goode-Douglas**, formerly of the law firm Blue Williams, L.L.P., be and is hereby removed as counsel of record for Huntington Ingalls Incorporated in the above entitled and numbered suit.  Brian C. Bossier, Edwin Ellinghausen, III, Christopher T. Grace, III, Erin H. Boyd, Laura M. Gillen, Patrick K. Shockey, and Jasmine N. Brown of Blue Williams, L.L.P. shall remain counsel of record for Huntington Ingalls Incorporated.

New Orleans, Louisiana, this 13th  day of August, 2019.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE